**Order filed, February1, 2013.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-13-00049-CV**
_____

**ROBERT ARNOLD, Appellant**

**V.**

**CITY OF ORANGE, TEXAS, Appellee**

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Court Cause No. D110312-C**

## ORDER

The reporter's record in this case was due **January 28, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kellie Derouen**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM